

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

D-1 Francisco Luis Olmos,

D-2 Carlos Alberto Gonzalez,

D-3 Delia Teresa Mendez,

D-4 Lewis Leroy Simmons,
a.k.a. "Pac", a.k.a. "Paco",

Defendant.

______________________________/

Case: 2:22-cr-20426
Judge: Michelson, Laurie J.
MJ: Altman, Kimberly G.
Filed: 08-17-2022
INDI USA VS OLMOS ET AL (DP)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 843(b)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**21 U.S.C. §§ 846 & 841(a)(1) – Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

D-1 Francisco Luis Olmos

D-2 Carlos Alberto Gonzalez

D-3 Delia Teresa Mendez

D-4 Lewis Leroy Simmons
a.k.a. "Pac", a.k.a. "Paco"

From on or about August 1, 2017, to on or about June 1, 2019, in the Eastern District of Michigan, and elsewhere, the defendants, Francisco Luis Olmos, Carlos Alberto Gonzalez, Delia Teresa Mendez, and Lewis Leroy Simmons, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to D-1 Francisco Luis Olmos, D-2 Carlos Alberto Gonzalez, D-3 Delia Teresa Mendez, and D-4 Lewis Leroy Simmons, the controlled substances involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are five kilograms or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii), and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT TWO

**21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute a Controlled Substance**

D-4 Lewis Leroy Simmons,
a.k.a. "Pac", a.k.a. "Paco"

On or about May 7, 2019, in the Eastern District of Michigan, and elsewhere, the defendant, Lewis Leroy Simmons, did knowingly and intentionally possess with

intent to distribute a controlled substance, to wit: a quantity of a mixture and substance containing cocaine, and a quantity of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT THREE**

**21 U.S.C. § 843(b)-Unlawful use of a communication facility**

D-1 Francisco Luis Olmos

D-2 Carlos Alberto Gonzalez

On or about May 7, 2019, in the Eastern District of Michigan, defendants Francisco Luis Olmos and Carlos Alberto Gonzalez, did knowingly and intentionally use a communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, the offense set forth in Count 1 of this indictment, in violation of Title 21, United States Code, Section 843(b).

**COUNT FOUR**

**21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute a Controlled Substance**

D-1 Francisco Luis Olmos

D-2 Carlos Alberto Gonzalez

On or about September 3, 2021, in the Eastern District of Michigan, and elsewhere, the defendants, Francisco Luis Olmos and Carlos Alberto Gonzalez, did

knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii)(II).

## FORFEITURE ALLEGATION

1. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

2. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Drug Task Force

*s/Robert Jerome White*
ROBERT JEROME WHITE
Assistant United States Attorney

Dated: August 17, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Francisco Luis Olmos et al.

**County where offense occurred :** Wayne and elsewhere

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** __________ **Judge:** __________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 17, 2022
Date

Robert White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9620
E-Mail address: Robert.White@usdoj.gov
Attorney Bar #: IL 6304282

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.