UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO LUIS OLMOS,<br><br>    Defendant. | Case No. 22-20426<br>Hon. Laurie J. Michelson |

**ORDER GRANTING GOVERNMENT'S MOTION FOR
REVOCATION OF RELEASE ORDER [82]**

Francisco Luis Olmos is charged in a multi-defendant indictment with conspiracy to possess with intent to distribute cocaine and methamphetamine, unlawful use of a communication facility, and possession with intent to distribute a controlled substance. (ECF No. 1.) Following a detention hearing in the District of Arizona, on February 28, 2025, Magistrate Judge Maria Aguilera ordered Olmos released pending trial and imposed numerous bond conditions. (ECF No. 78.) That order was stayed (ECF No. 81) and the government filed a motion to revoke the release order (ECF No. 82) and the defense responded (ECF No. 84). The Court conducted a hearing under 18 U.S.C. § 3145(a)(1) on March 24, 2025, and the parties presented additional argument.

For the reasons stated more fully on the record in the Court's oral ruling, the government's motion for revocation of the release order is GRANTED and Defendant Francisco Luis Olmos is ordered detained pending trial.

SO ORDERED.

March 24, 2025

<u>s/Laurie J. Michelson</u>
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**Directions Regarding Detention**

    The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.